# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| FRED WATSON, | ) |
|     Appellee, | ) |
| v. | )    Appeal No. 22-3233 |
| EDDIE BOYD, III, et al. | ) |
|     Appellants. | ) |

## <u>DESIGNATION OF JOINT APPENDIX METHOD ON APPEAL</u>

COME NOW Appellant Fred Watson, with agreement from counsel for City of Ferguson and Officer Eddie Boyd, designates the Joint Appendix method for the record on appeal.

Dated: November 9, 2022                Respectfully submitted,

                                                     **ARCHCITY DEFENDERS, INC.**

                                                     By:<u>/s/ *Maureen Hanlon*   </u>
                                                       Blake A. Strode (MBE #68422MO)
                                                       Maureen Hanlon (MBE #70990MO)
                                                       440 N. 4th Street, Suite 390
                                                       Saint Louis, MO 63102
                                                       855-724-2489 ext. 1008
                                                       314-925-1307 (fax)
                                                       bstrode@archcitydefenders.org
                                                       mhanlon@archcitydefenders.org

                                                       *Attorneys for Plaintiff/Appellant*